Commonwealth *v.* Thompson, Appellant.

Submitted June 8, 1970. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Tigue, Appellant.

Submitted June 8, 1970. *Joseph Wassell,* Assistant Public Defender, for appellant; *Ernest Preate, Jr.,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Toomer, Appellant.

Submitted June 8, 1970. *Martin W. Bashoff,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.